# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:21–cv–06117–JD

Moore v. Robinhood Financial LLC
Assigned to: Judge James Donato
Cause: 47:227 Restrictions of Use of Telephone Equipment

Date Filed: 08/09/2021
Date Terminated: 11/17/2021
Jury Demand: Plaintiff
Nature of Suit: 485 Telephone Consumer Protection Act (TCPA)
Jurisdiction: Diversity

**Plaintiff**

**Cooper Moore**
*on his own behalf and on behalf of others similarly situated*

represented by **E. Michelle Drake**
Berger Montague PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
(612) 594–5933
Email: emdrake@bm.net
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Sophia Marie Rios**
Berger Montague PC
401 B Street, Suite 2000
San Diego, CA 92101
(619) 489–0300
Fax: (215) 875–4604
Email: srios@bm.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Beth E. Terrell**
Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, WA 98103–8869
(206) 816–6603
Fax: (206) 319–5450
Email: bterrell@terrellmarshall.com
*ATTORNEY TO BE NOTICED*

**Jennifer Rust Murray**
Terrell Marshall Law Group PLLC
936 North 24th Street, Suite 300
Seattle, WA 98103
(206) 816–6603
Email: jmurray@terrellmarshall.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

| | | |
|---|---|---|
| **Robinhood Financial LLC**<br>*a Delaware limited liability company* | represented by | **Kenneth E. Payson**<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104–1610<br>(206) 622–3150<br>Fax: (206) 757–7126<br>Email: kenpayson@dwt.com<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Kelly Michelle Gorton**<br>Davis Wright Tremaine LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111<br>(415) 276–6584<br>Fax: (415) 276–6599<br>Email: kellygorton@dwt.com<br>*TERMINATED: 09/29/2021*<br><br>**Lauren Burdette Rainwater**<br>Davis Wright Tremaine LLP<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104<br>(206) 622–3150<br>Email: laurenrainwater@dwt.com<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br><br>**Sanjay Mohan Nangia**<br>Davis Wright Tremaine LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111<br>(415) 276–6577<br>Fax: (415) 276–6599<br>Email: sanjaynangia@dwt.com<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/09/2021 | 1 | CLASS ACTION COMPLAINT; Demand for Jury Trial against Robinhood Financial LLC (Filing fee $ 402.00, receipt number 0971–16266179.). Filed by Cooper Moore. (Attachments: # 1 Civil Cover Sheet) (Rios, Sophia) (Filed on 8/9/2021) Modified on 8/11/2021 (gbaS, COURT STAFF). (Entered: 08/09/2021) |
| 08/09/2021 | 2 | Proposed Summons. (Rios, Sophia) (Filed on 8/9/2021) (Entered: 08/09/2021) |
| 08/09/2021 | 3 | Certificate of Interested Entities by Cooper Moore (Rios, Sophia) (Filed on 8/9/2021) (Entered: 08/09/2021) |
| 08/10/2021 | 4 | Case assigned to Magistrate Judge Joseph C. Spero. |

| | | |
|---|---|---|
| | | Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5−1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 8/24/2021. (asS, COURT STAFF) (Filed on 8/10/2021) (Entered: 08/10/2021) |
| 08/10/2021 | Ï 5 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 11/5/2021. Initial Case Management Conference set for 11/12/2021 at 2:00 PM in San Francisco, Courtroom F, 15th Floor. (wsnS, COURT STAFF) (Filed on 8/10/2021) (Entered: 08/10/2021)** |
| 08/10/2021 | Ï 6 | Summons Issued as to Robinhood Financial LLC. (wsnS, COURT STAFF) (Filed on 8/10/2021) (Entered: 08/10/2021) |
| 08/13/2021 | Ï 7 | SUMMONS Returned Executed by Cooper Moore. Robinhood Financial LLC served on 8/12/2021, answer due 9/2/2021. *Proof of Service* (Rios, Sophia) (Filed on 8/13/2021) (Entered: 08/13/2021) |
| 08/16/2021 | Ï 8 | NOTICE of Appearance by Beth E. Terrell *for Plaintiff Cooper Moore* (Terrell, Beth) (Filed on 8/16/2021) (Entered: 08/16/2021) |
| 08/16/2021 | Ï 9 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number 0971−16289073.) filed by Cooper Moore. (Murray, Jennifer) (Filed on 8/16/2021) (Entered: 08/16/2021) |
| 08/17/2021 | Ï 10 | **Order. Signed 8/17/2021 by Chief Magistrate Judge Joseph C. Spero granting 9 Motion for Pro Hac Vice − Jennifer Rust Murray.(klhS, COURT STAFF) (Filed on 8/17/2021) (Entered: 08/17/2021)** |
| 08/18/2021 | Ï 11 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number 0971−16296635.) filed by Cooper Moore. (Attachments: # 1 Certificate of Good Standing)(Drake, E.) (Filed on 8/18/2021) (Entered: 08/18/2021) |
| 08/18/2021 | Ï 12 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Cooper Moore.. (Rios, Sophia) (Filed on 8/18/2021) (Entered: 08/18/2021) |
| 08/18/2021 | Ï 13 | NOTICE of Appearance by Kelly Michelle Gorton (Gorton, Kelly) (Filed on 8/18/2021) (Entered: 08/18/2021) |
| 08/18/2021 | Ï 14 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number 0971−16297160.) filed by Robinhood Financial LLC. (Payson, Kenneth) (Filed on 8/18/2021) (Entered: 08/18/2021) |
| 08/18/2021 | Ï 15 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number 0971−16297216.) filed by Robinhood Financial LLC. (Rainwater, Lauren) (Filed on 8/18/2021) (Entered: 08/18/2021) |
| 08/18/2021 | Ï 16 | Corporate Disclosure Statement by Robinhood Financial LLC identifying Corporate Parent Robinhood Markets, Inc. for Robinhood Financial LLC. (Gorton, Kelly) (Filed on 8/18/2021) (Entered: 08/18/2021) |
| 08/18/2021 | Ï 17 | Certificate of Interested Entities by Robinhood Financial LLC identifying Corporate Parent Robinhood Markets, Inc. for Robinhood Financial LLC. (Gorton, Kelly) (Filed on 8/18/2021) (Entered: 08/18/2021) |

| | | |
|---|---|---|
| 08/18/2021 | 18 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE–NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (klhS, COURT STAFF) (Filed on 8/18/2021) (Entered: 08/18/2021) |
| 08/19/2021 | 19 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge James Donato for all further proceedings. Magistrate Judge Joseph C. Spero no longer assigned to case, Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras.. Signed by Clerk on 08/19/2021. (Attachments: # 1 Notice of Eligibility for Video Recording)(mbcS, COURT STAFF) (Filed on 8/19/2021) (Entered: 08/19/2021**) |
| 08/23/2021 | 20 | STIPULATION *For Extension of Time for Defendant to Respond to Plaintiff's Complaint* filed by Robinhood Financial LLC. (Gorton, Kelly) (Filed on 8/23/2021) (Entered: 08/23/2021) |
| 09/16/2021 | 21 | MOTION to Dismiss filed by Robinhood Financial LLC. Motion Hearing set for 10/21/2021 10:00 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Responses due by 9/30/2021. Replies due by 10/7/2021. (Attachments: # 1 Proposed Order)(Gorton, Kelly) (Filed on 9/16/2021) (Entered: 09/16/2021) |
| 09/16/2021 | 22 | MOTION to Transfer Case filed by Robinhood Financial LLC. Motion Hearing set for 10/21/2021 10:00 AM in San Francisco, Courtroom 11, 19th Floor before Judge James Donato. Responses due by 9/30/2021. Replies due by 10/7/2021. (Attachments: # 1 Proposed Order)(Gorton, Kelly) (Filed on 9/16/2021) (Entered: 09/16/2021) |
| 09/24/2021 | 23 | **ORDER by Judge James Donato granting 11 Motion for Pro Hac Vice as to E. Michelle Drake. (lrcS, COURT STAFF) (Filed on 9/24/2021) (Entered: 09/24/2021)** |
| 09/24/2021 | 24 | **ORDER by Judge James Donato granting 14 Motion for Pro Hac Vice as to Kenneth E Payson. (lrcS, COURT STAFF) (Filed on 9/24/2021) (Entered: 09/24/2021)** |
| 09/24/2021 | 25 | **ORDER by Judge James Donato granting 15 Motion for Pro Hac Vice as to Lauren B. Rainwater. (lrcS, COURT STAFF) (Filed on 9/24/2021) Modified on 9/24/2021 (lrcS, COURT STAFF). (Entered: 09/24/2021)** |
| 09/24/2021 | 26 | NOTICE of Substitution of Counsel by Sanjay Mohan Nangia (Nangia, Sanjay) (Filed on 9/24/2021) (Entered: 09/24/2021) |
| 09/30/2021 | 27 | OPPOSITION/RESPONSE (re 21 MOTION to Dismiss ) filed byCooper Moore. (Terrell, Beth) (Filed on 9/30/2021) (Entered: 09/30/2021) |
| 09/30/2021 | 28 | Declaration of Beth E. Terrell in Support of 27 Opposition/Response to Motion filed byCooper Moore. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Related document(s) 27 ) (Terrell, Beth) (Filed on 9/30/2021) (Entered: 09/30/2021) |
| 09/30/2021 | 29 | Request for Judicial Notice re 27 Opposition/Response to Motion, 28 Declaration in Support filed byCooper Moore. (Related document(s) 27 , 28 ) (Terrell, Beth) (Filed on 9/30/2021) (Entered: |

| | | |
|---|---|---|
| | | 09/30/2021) |
| 09/30/2021 | 30 | OPPOSITION/RESPONSE (re 22 MOTION to Transfer Case ) filed byCooper Moore. (Terrell, Beth) (Filed on 9/30/2021) (Entered: 09/30/2021) |
| 10/07/2021 | 31 | REPLY (re 22 MOTION to Transfer Case ) filed byRobinhood Financial LLC. (Nangia, Sanjay) (Filed on 10/7/2021) (Entered: 10/07/2021) |
| 10/07/2021 | 32 | REPLY (re 21 MOTION to Dismiss ) filed byRobinhood Financial LLC. (Nangia, Sanjay) (Filed on 10/7/2021) (Entered: 10/07/2021) |
| 10/21/2021 | 33 | **Minute Entry and Order Transferring Case for proceedings held before Judge James Donato: Motion Hearing held on 10/21/2021. (jdlc3S, COURT STAFF) (Date Filed: 10/21/2021) (Entered: 10/21/2021)** |
| 10/22/2021 | 34 | TRANSCRIPT ORDER for proceedings held on 10/21/2021 before Judge James Donato by Cooper Moore, for Court Reporter Debra Pas. (Drake, E.) (Filed on 10/22/2021) (Entered: 10/22/2021) |
| 11/17/2021 | 35 | Transcript of Proceedings held on 10–21–2021, before Judge James Donato. Court Reporter/Transcriber Debra L. Pas, CRR, telephone number (415) 431–1477/Email: Debra_Pas@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 34 Transcript Order ) Release of Transcript Restriction set for 2/15/2022. (Related documents(s) 34 ) (Pas, Debra) (Filed on 11/17/2021) (Entered: 11/17/2021) |
| 11/17/2021 | | Transferring case electronically to the Western District of Washington. (gba, COURT STAFF) (Filed on 11/17/2021) (Entered: 11/17/2021) |