# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COOPER MOORE,<br><br>　　　　　　　Plaintiff(s),<br><br>　v.<br><br>ROBINHOOD FINANCIAL LLC,<br><br>　　　　　　　Defendant(s). | CASE NO. 2:21−cv−01571−BJR<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Barbara J. Rothstein, United States District Judge. All future documents filed in this case must bear the cause number 2:21−cv−01571−BJR and bear the Judge's name in the upper right hand corner of the document.

DATED November 29, 2021

　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　By:  /s/ Gayle M Riekena
　　　　　　　　　　　　　　　　　　　　Deputy Clerk