1

The Honorable Barbara J. Rothstein

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8   COOPER MOORE, on behalf of himself and all
others similarly situated,

No. 2:21-cv-01571-BJR

9

Plaintiff,

STIPULATED MOTION AND
ORDER TO MODIFY INITIAL CASE
DEADLINES

10

v.

11

ROBINHOOD FINANCIAL LLC,

12

Defendant.

13

14

15                          **I.      STIPULATED MOTION**

16          Pursuant to LCR 10(g) and the Court's Standing Order for All Civil Cases (Dkt. 44

17   ("Standing Order")), the parties respectfully submit this stipulated motion to modify the initial

18   case deadlines set forth in the Court's Order Setting Initial Scheduling Dates (Dkt. 47 ("Initial

19   Scheduling Order")).  The parties certify that they have met and conferred prior to filing this

20   stipulated motion.  In support of this stipulated motion, the parties state as follows:

21          1.      On August 9, 2021, Plaintiff Cooper Moore filed his Complaint in the United

22   States District Court for the Northern District of California.  Dkt. 1.

23          2.      On September 16, 2021, Defendant Robinhood Financial LLC ("Robinhood")

24   timely filed a Motion to Dismiss the Complaint pursuant to Federal Rule of Civil

25   Procedure 12(b)(6) (Dkt. 21) and a Motion for Transfer of Venue (Dkt. 22).

26          3.      On October 21, 2021, the Honorable Judge James Donato granted Robinhood's

27   STIPULATED MOTION AND ORDER TO MODIFY INITIAL
SCHEDULING DATES - 1
(2:21-cv-01571-BJR)
4854-5233-0504v.9 0114672-000005

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
(206) 622-3150 main · (206) 757-7700 fax

Motion for Transfer of Venue.  Judge Donato "decline[d] to reach the motion to dismiss, and leaves it to the transferee court."  Dkt. 33.

4.     On December 10, 2021, this Court entered the Initial Scheduling Order (Dkt. 47) and set the following initial scheduling dates:

| Event | Date |
|---|---|
| Deadline for FRCP 26(f) Conference | 1/7/2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 1/14/2022 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 1/21/2022 |

5.     Plaintiff intends to seek leave to file an amended complaint.

6.     On January 3, 2022, pursuant to the Court's Standing Order and Initial Scheduling Order, the parties conferred regarding Plaintiff's intention to seek leave to file an amended complaint and on Robinhood's request to modify the initial scheduling dates.

7.     After conferring, pursuant to the Initial Scheduling Order's direction that requests to extend the initial deadlines be made by telephone, the parties jointly called Chambers and spoke with the Law Clerk assigned to this case, who recommended the parties make their request in writing.

8.     The parties further conferred.  Robinhood's position is that modifying the initial scheduling dates is in the interests of efficiency and judicial economy because an order granting in full or in part Robinhood's Motion to Dismiss may eliminate or substantially narrow the scope of relevant discovery.  Robinhood also maintains that, depending on its contents, Plaintiff's filing of an amended complaint may alter the scope of relevant discovery.

9.     Plaintiff agreed to extend the deadlines three months to allow Plaintiff to seek leave to amend his Complaint.

10.     Accordingly, the parties stipulate and request that the Court modify the initial scheduling dates as follows:

STIPULATED MOTION AND ORDER TO MODIFY INITIAL
SCHEDULING DATES - 2
(2:21-cv-01571-BJR)
4854-5233-0504v.9 0114672-000005

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
(206) 622-3150 main · (206) 757-7700 fax

| EVENT | CURRENT DATE | PROPOSED DATE |
|---|---|---|
| Deadline for Plaintiff to Provide Robinhood a Draft Amended Complaint | N/A | 1/17/2022 |
| Deadline for Robinhood to Inform Plaintiff Whether It Stipulates to Amendment of the Complaint | N/A | 1/25/2022 |
| Deadline for the Parties to File a Stipulated Motion to Grant Plaintiff Leave to File an Amended Complaint *or* for Plaintiff to File a Motion for Leave to File an Amended Complaint | N/A | 2/1/2022 |
| Deadline for Robinhood to File a Motion to Dismiss Plaintiff's Amended Complaint[1] | N/A | 14 Days After the Court Rules on a Motion to Grant Plaintiff Leave to File an Amended Complaint.  *See* Fed. R. Civ. P. 15(a)(3). |
| Deadline for Plaintiff's Opposition to Robinhood's Motion to Dismiss Plaintiff's Amended Complaint | N/A | 21 Days After Robinhood's Motion to Dismiss is Filed. *See* Standing Order at 2. |
| Deadline for Robinhood's Reply in Support of Its Motion to Dismiss Plaintiff's Amended Complaint | N/A | 14 Days After Plaintiff's Opposition to Robinhood's Motion to Dismiss is Filed. *See* Standing Order at 2. |
| Deadline for FRCP 26(f) Conference | 1/7/2022 | 4/6/2022 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 1/14/2022 | 4/13/2022 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f) | 1/21/2022 | 4/20/2022 |

//

//

---

[1] If Plaintiff for any reason does not file an amended complaint, Robinhood intends to rest on its present Motion to Dismiss Plaintiff's Complaint (Dkt. No. 21), unless the Court orders otherwise.

STIPULATED MOTION AND ORDER TO MODIFY INITIAL
SCHEDULING DATES - 3
(2:21-cv-01571-BJR)
4854-5233-0504v.9 0114672-000005

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
(206) 622-3150 main · (206) 757-7700 fax

1      DATED this 5th day of January, 2022.

2

3  TERRELL MARSHALL LAW GROUP PLLC     DAVIS WRIGHT TREMAINE LLP

4

5  By: s/*Jennifer Rust Murray*             By: s/*Kenneth E. Payson*
     Beth E. Terrell, WSBA #26759           Kenneth E. Payson, WSBA #26369

6      Email: bterrell@terrellmarshall.com       Email: kenpayson@dwt.com
     Jennifer Rust Murray, WSBA #36983     Lauren B. Rainwater, WSBA #43625

7      Email: jmurray@terrellmarshall.com     Email: laurenrainwater@dwt.com
     936 North 34th Street, Suite 300        Eric A. Franz, WSBA #52755

8      Seattle, Washington 98103-8869        Email: ericfranz@dwt.com
     Telephone: (206) 816-6603            920 Fifth Avenue, Suite 3300

9      Facsimile: (206) 319-5450            Seattle, Washington 98104-1610
                                    Telephone: (206) 622-3150

10     BERGER MONTAGUE PC – MN       Facsimile: (206) 757-7700

11     E. Michelle Drake (*pro hac vice*)
     Email: emdrake@bm.net

12     1229 Tyler Street NE Suite 205        *Attorneys for Defendant*
     Minneapolis, Minnesota 55413

13     Telephone: (612) 594-5933

14     Facsimile: (612) 584-4470

15     BERGER MONTAGUE PC – CA

16     Sophia Rios (*pro hac vice*)
     Email: srios@bm.net

17     401 B Street Suite 2000
     San Diego, California 92130

18     Telephone: (619) 489-0300

19     *Attorneys for Plaintiff*

20

21

22

23

24

25

26

27  STIPULATED MOTION AND ORDER TO MODIFY INITIAL
    SCHEDULING DATES - 4                     Davis Wright Tremaine LLP
    (2:21-cv-01571-BJR)                         LAW OFFICES
    4854-5233-0504v.9 0114672-000005         920 Fifth Avenue, Suite 3300
                                      Seattle, WA  98104-1610
                               (206) 622-3150 main · (206) 757-7700 fax

## II.     ORDER

The Court has considered the parties' stipulated motion, and for good cause shown, GRANTS the stipulated motion and ORDERS as follows:

1.     The initial scheduling dates set forth in the Court's Initial Scheduling Order (Dkt. 47) are VACATED; and

2.     The Court adopts the deadlines set forth in the parties' stipulated motion.

IT IS SO ORDERED.

DATED this 7th day of January, 2022.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO MODIFY INITIAL
SCHEDULING DATES - 5
(2:21-cv-01571-BJR)
4854-5233-0504v.9 0114672-000005

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
(206) 622-3150 main · (206) 757-7700 fax