The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COOPER MOORE and ANDREW GILLETTE, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC,<br><br>Defendant. | No. 2:21-cv-01571-BJR<br><br>NOTICE OF WITHDRAWAL OF LINDSEY E. MUNDT<br><br>*Clerk's Action Required* |

TO:      CLERK OF THE COURT

AND TO:   ALL PARTIES AND ALL COUNSEL OF RECORD

Notice is hereby given pursuant to LCR 83.2(b)(2)-(3) that Lindsey E. Mundt of Davis Wright Tremaine LLP withdraws as counsel for Defendant Robinhood Financial LLC ("Robinhood") in this action.  Robinhood's remaining counsel, Kenneth E. Payson, Lauren B. Rainwater, and Eric A. Franz of Davis Wright Tremaine LLP, will continue to represent Robinhood.

//

//

//

//

//

//

NOTICE OF WITHDRAWAL - 1
(2:21-cv-01571-BJR)

DATED this 7th day of December, 2022.

Respectfully submitted,

*s/ Lindsey E. Mundt*
Lindsey E. Mundt, WSBA #49394
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7066
Email: lindseymundt@dwt.com

**Withdrawing Attorney**

*s/ Kenneth E. Payson*
Kenneth E. Payson, WSBA #26369
Email: kenpayson@dwt.com

*s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625
Email: laurenrainwater@dwt.com

*s/ Eric A. Franz*
Eric A. Franz, WSBA #52755
ericfranz@dwt.com
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700

**Remaining Attorneys**

NOTICE OF WITHDRAWAL - 2
(2:21-cv-01571-BJR)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
(206) 622-3150 main · (206) 757-7700 fax