The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COOPER MOORE and ANDREW GILLETTE, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC,<br><br>Defendant. | No. 2:21-cv-01571-BJR<br><br>NOTICE OF APPEARANCE<br><br>*Clerk's Action Required* |

TO:         CLERK OF THE COURT

AND TO:   ALL PARTIES AND ALL COUNSEL OF RECORD

Please take notice that Theo A. Lesczynski of Davis Wright Tremaine LLP hereby appears as additional counsel of record on behalf of Defendant Robinhood Financial LLC in the above-titled action, in association with Kenneth E. Payson, Lauren B. Rainwater, and Eric A. Franz. Copies of all future papers and pleadings in this case, except original process, shall be served upon the undersigned counsel.

//

//

//

//

//

//

NOTICE OF APPEARANCE - 1
(2:21-cv-01571-BJR)
4876-3409-0304v.1 0114672-000005

1    DATED this 7th day of December, 2022.

2                                                            DAVIS WRIGHT TREMAINE LLP
                                                             *Attorneys for Defendant*
3                                                            *Robinhood Financial LLC*

4
                                                             By: *s/ Theo A. Lesczynski*
5                                                                Theo A. Lesczynski, WSBA #59780
                                                                 920 Fifth Avenue, Suite 3300
6                                                                Seattle, Washington 98104-1610
                                                                 Telephone: (206) 622-3150
7                                                                Fax: (206) 757-7066
                                                                 Email: theolesczynski@dwt.com
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF APPEARANCE - 2
(2:21-cv-01571-BJR)
4876-3409-0304v.1 0114672-000005

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
(206) 622-3150 main · (206) 757-7700 fax