THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COOPER MOORE and ANDREW GILLETTE, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:21-cv-01571-BJR<br><br>**STIPULATED MOTION AND ORDER FOR EXTENSION OF SCHEDULING ORDER** |

## I.  STIPULATED MOTION

1. On January 26, 2023, the Court entered its Order Setting Case Schedule (ECF No. 69), outlining the deadlines for the case through trial.

2. The parties have been diligently conducting discovery for several months. Both sides have been working to make document productions, provide supplemental written responses, and conduct discovery with relevant third parties. Additionally, the parties have been discussing deposition scheduling.

3. The parties are also addressing discovery disputes. One such dispute was heard by the Court on March 22, 2023 and resulted in Defendant being required to produce additional documents. Moreover, Defendant is currently seeking documents from a third party which is the subject of three motions to quash pending in the Southern District of New York. The hearing on the motions to quash is currently set for April 24, 2023.

4. The current deadline for the completion of class certification fact discovery is April 28, 2023. The parties agree that, despite their diligent efforts, they both require

STIPULATED MOTION AND ORDER FOR
EXTENSION OF SCHEDULING ORDER - 1
Case No. 2:21-cv-01571-BJR

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

additional time to complete outstanding document productions and review, and to take fact depositions.

5. Defendant is in the process of searching for and producing responsive documents, and has committed to making all reasonable efforts to complete its productions for the class certification fact discovery period by June 20, 2023, and to keep Plaintiffs updated should it be unable to meet this commitment.

6. Therefore, the parties stipulate and agree to the following proposed extended schedule, subject to the Court's approval:

| Event | Current Date | Requested Date |
| --- | --- | --- |
| Deadline for class certification fact discovery | April 28, 2023 | July 28, 2023 |
| Plaintiffs' expert report(s) served on defendant | May 19, 2023 | August 21, 2023 |
| Defendant's expert report(s) served on plaintiffs | June 23, 2023 | September 25, 2023 |
| Plaintiffs' rebuttal expert report(s) served on Defendant | August 7, 2023 | November 7, 2023 |
| Deadline to complete class certification expert discovery | August 21, 2023 | November 21, 2023 |
| Deadline for Plaintiffs to file motion for class certification | September 4, 2023 | January 10, 2024 |
| Deadline for Defendant's class certification response | October 2, 2023 | February 7, 2024 |
| Deadline for Plaintiffs' class certification reply | October 16, 2023 | February 28, 2024 |
| Fact discovery cut off | July 22, 2024 | September 23, 2024 |
| Disclosure of expert testimony under FRCP 26(a)(2) | August 26, 2024 | October 25, 2024 |
| Expert discovery cutoff | September 23, 2024 | November 22, 2024 |
| Dispositive motion deadline (including motions regarding experts) | October 25, 2024 | January 24, 2025 |

STIPULATED MOTION AND ORDER FOR
EXTENSION OF SCHEDULING ORDER - 2
Case No. 2:21-cv-01571-BJR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | | |
|---|---|---|
| Deadline to file proposed pretrial order (including joint pretrial statement), proposed joint *voir dire*, proposed jury instructions, proposed verdict form, and motions in limine (to be filed in a single, joint brief) | January 8, 2025 | April 2, 2025 |
| Deadline to file oppositions to motions in limine (no replies will be permitted) | January 15, 2025 | April 9, 2025 |
| Pretrial conference | January 23, 2025 | April 17, 2025 |
| Trial | February 2, 2025 (or at the court's convenience) | May 5, 2025 (or at the court's convenience) |

Based on the foregoing, the parties respectfully request that the Court grant their motion and extend the case schedule accordingly.

STIPULATED TO AND DATED this 17th day of April, 2023.

TERRELL MARSHALL LAW GROUP

By: /s/ Jennifer Rust Murray
   Beth E. Terrell, WSBA #26759
   Email: bterrell@terrellmarshall.com
   Jennifer Rust Murray, WSBA #36983
   Email: jmurray@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington 98103
   Telephone: (206) 816-6603
   Facsimile: (206) 319-5450

   Sophia M. Rios, *Admitted Pro Hac Vice*
   Email: srios@bm.net
   BERGER MONTAGUE PC
   401 B Street, Suite 2000
   San Diego, CA 92101
   Telephone: (619) 489-0300
   Facsimile: (215) 875-4604

DAVIS WRIGHT TREMAINE (SEA)

By: /s/ Eric Franz
   Kenneth E Payson, WSBA #26369
   Email: kenpayson@dwt.com
   Lauren Burdette Rainwater, WSBA #43625
   Email: laurenrainwater@dwt.com
   Eric Franz, WSBA #52755
   Email: ericfranz@dwt.com
   Theo A. Lesczynsk, WSBA #59780
   Email: theolesczynski@dwt.com
   920 Fifth Avenue, Suite 3300
   Seattle, Washington 98104-1610
   Telephone: (206) 622-3150
   Facsimile: (206) 757-7700

   *Attorneys for Defendant*

STIPULATED MOTION AND ORDER FOR
EXTENSION OF SCHEDULING ORDER - 3
Case No. 2:21-cv-01571-BJR

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

1
2  E. Michelle Drake, *Admitted Pro Hac Vice*
   Email: mdrake@bm.net
3  BERGER MONTAGUE PC
   1229 Tyler Street NE, Suite 205
4  Minneapolis, Minnesota 55413
   Telephone: (612) 594-5999
5  Facsimile: (612) 584-4470
6
   *Attorneys for Plaintiffs*
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

STIPULATED MOTION AND ORDER FOR
EXTENSION OF SCHEDULING ORDER - 4

Case No. 2:21-cv-01571-BJR

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## II. ORDER

The Court GRANTS the parties' stipulated motion.

IT IS SO ORDERED on this 18th day of April, 2023.

_____
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR EXTENSION OF SCHEDULING ORDER - 5

Case No. 2:21-cv-01571-BJR

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com