THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COOPER MOORE and ANDREW GILLETTE, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:21-cv-01571-BJR<br><br>**STIPULATED MOTION AND ORDER EXTENDING DEADLINES** |

## I. STIPULATED MOTION

1. On January 26, 2023, the Court entered its Order Setting Case Schedule (ECF No. 69), outlining the deadlines for the case through trial.

2. On April 18, 2023, the Court entered an Order granting the parties' stipulated motion for an extension of the deadlines set in the January 26, 2023 scheduling order (ECF No. 74).

3. The parties continue to diligently conduct discovery. Both sides have been working to make document productions, provide supplemental written responses, and conduct discovery with relevant third parties. Robinhood has deposed the two non-parties who sent the allegedly illegal texts to Plaintiffs. Plaintiffs have served a Federal Rule of Civil Procedure 30(b)(6) deposition notice and the parties have been discussing deposition scheduling.

4. The current deadline to complete class certification fact discovery is July 28, 2023. On July 7, 2023, and as Defendant proposed in response to Plaintiffs' data-related Requests for Production, Defendant produced an anonymized data set. Due to the parties'

STIPULATED MOTION AND ORDER EXTENDING
DEADLINES - 1
Case No. 2:21-cv-01571-BJR

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

negotiations over search terms and other issues related to document collection, Defendant will need additional time to complete its document production with enough remaining time in the case schedule for the parties to complete depositions after all documents are produced, as Plaintiffs have requested. Defendant is currently reviewing email, Drive, and Slack documents that it collected according to search terms the parties agreed upon on May 25, 2023. Defendant believes it can, and will make all reasonable efforts to, produce these documents by August 4, 2023.

5. The parties also are considering private mediation and have agreed to an October 31, 2023 deadline to complete private mediation.

6. The parties believe that minor adjustments to the current case schedule's class certification fact and expert discovery deadlines will allow the parties to expeditiously complete class certification fact discovery without delaying the current class certification briefing schedule or the trial date.

7. Therefore, the parties stipulate and agree to the following proposed extended schedule, subject to the Court's approval:

| Event | Current Date | Requested Date |
|---|---|---|
| Plaintiffs' expert report(s) served on defendant | August 21, 2023 | August 28, 2023 |
| Deadline for class certification fact discovery | July 28, 2023 | September 15, 2023 |
| Defendant's expert report(s) served on plaintiffs | September 25, 2023 | October 2, 2023 |
| Plaintiffs' rebuttal expert report(s) served on Defendant | November 7, 2023 | November 14, 2023 |
| Deadline for the parties to engage in private mediation | n/a | October 31, 2023 |
| Deadline to complete class certification expert discovery | November 21, 2023 | December 1, 2023 |

STIPULATED MOTION AND ORDER EXTENDING
DEADLINES - 2
Case No. 2:21-cv-01571-BJR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| Deadline for Plaintiffs to file motion for class certification | January 10, 2024 | No change |
|---|---|---|
| Deadline for Defendant's class certification response | February 7, 2024 | No change |
| Deadline for Plaintiffs' class certification reply | February 28, 2024 | No change |
| Fact discovery cut off | September 23, 2024 | No change |
| Disclosure of expert testimony under FRCP 26(a)(2) | October 25, 2024 | No change |
| Expert discovery cutoff | November 22, 2024 | No change |
| Dispositive motion deadline (including motions regarding experts) | January 24, 2025 | No change |
| Deadline to file proposed pretrial order (including joint pretrial statement), proposed joint *voir dire*, proposed jury instructions, proposed verdict form, and motions in limine (to be filed in a single, joint brief) | April 2, 2025 | No change |

Based on the foregoing, the parties respectfully request that the Court grant their motion and extend the case schedule accordingly.

STIPULATED TO AND DATED this 12th day of July, 2023.

TERRELL MARSHALL LAW GROUP

By: */s/ Jennifer Rust Murray*
   Beth E. Terrell, WSBA #26759
   Email: bterrell@terrellmarshall.com
   Jennifer Rust Murray, WSBA #36983
   Email: jmurray@terrellmarshall.com
   936 North 34th Street, Suite 300
   Seattle, Washington 98103
   Telephone: (206) 816-6603
   Facsimile: (206) 319-5450

DAVIS WRIGHT TREMAINE (SEA)

By: */s/ Eric A. Franz*
   Kenneth E. Payson, WSBA #26369
   Email: kenpayson@dwt.com
   Lauren B. Rainwater, WSBA #43625
   Email: laurenrainwater@dwt.com
   Eric A. Franz, WSBA #52755
   Email: ericfranz@dwt.com
   Theo A. Lesczynski, WSBA #59780
   Email: theolesczynski@dwt.com
   920 Fifth Avenue, Suite 3300

STIPULATED MOTION AND ORDER EXTENDING
DEADLINES - 3
Case No. 2:21-cv-01571-BJR

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| | |
|---|---|
| BERGER MONTAGUE PC | Seattle, Washington 98104-1610 |
| | Telephone: (206) 622-3150 |
| Sophia M. Rios, *Admitted Pro Hac Vice* | Facsimile: (206) 757-7700 |
| Email: srios@bm.net | |
| 401 B Street, Suite 2000 | *Attorneys for Defendant* |
| San Diego, CA 92101 | |
| Telephone: (619) 489-0300 | |
| Facsimile: (215) 875-4604 | |

E. Michelle Drake, *Admitted Pro Hac Vice*
Email: mdrake@bm.net
1229 Tyler Street NE, Suite 205
Minneapolis, Minnesota 55413
Telephone: (612) 594-5999
Facsimile: (612) 584-4470

Mark Desanto, *Admitted Pro Hac Vice*
Email: mdesanto@bm.net
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3046
Facsimile: (215) 875-4604

Zachary Vaughan, *Admitted Pro Hac Vice*
Email: zvaughan@bm.net
2001 Pennsylvania Avenue NW, Suite 300
Washington, DC 20006
Telephone: (215) 875-4602

*Attorneys for Plaintiffs*

## II.  ORDER

The Court GRANTS the parties' stipulated motion.

IT IS SO ORDERED on this 12th day of July, 2023.

*[signature: Barbara J. Rothstein]*

HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER EXTENDING
DEADLINES - 4
Case No. 2:21-cv-01571-BJR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com