THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

COOPER MOORE and ANDREW GILLETTE, on their own behalf and on behalf of all others similarly situated,

Plaintiffs,

v.

ROBINHOOD FINANCIAL LLC, a Delaware limited liability company,

Defendant.

Case No. 2:21-cv-01571-BJR

**REVISED STIPULATED MOTION AND ORDER EXTENDING DEADLINES**

## I.   REVISED STIPULATED MOTION

1. On January 26, 2023, the Court entered its Order Setting Case Schedule (ECF No. 69), outlining the deadlines for the case through trial.

2. On April 18, 2023, the Court entered an Order granting the parties' stipulated motion for an extension of the deadlines set in the January 26, 2023 scheduling order (ECF No. 74).

3. On July 12, 2023, the Court entered an Order granting the parties' stipulated motion for an order extending deadlines (ECF No. 80).

4. The parties continue to diligently conduct discovery. Robinhood produced over 30,000 pages of documents, with its most recent production occurring on August 9, 2023, and has represented that its document production is substantially complete.

5. Plaintiffs have produced over 1,000 pages of documents and last supplemented their document production on August 11, 2023. Plaintiffs have represented that their production is substantially complete.

REVISED STIPULATED MOTION AND ORDER
EXTENDING DEADLINES - 1
Case No. 2:21-cv-01571-BJR

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

6. The parties are working to resolve any remaining issues concerning those productions; to provide supplemental written responses; and to conduct discovery with relevant third parties. Plaintiffs are diligently reviewing the documents Robinhood produced. Plaintiffs also are working with their expert to analyze data that Robinhood produced on July 6 and July 10, 2023.

7. Robinhood has deposed the two non-parties who sent the allegedly illegal texts to Plaintiffs, and the parties are working to schedule the depositions of Plaintiffs. Plaintiffs have served a Federal Rule of Civil Procedure 30(b)(6) deposition notice, but due to scheduling challenges, the parties have been unable to set a date for the deposition sufficiently in advance of the deadline for Plaintiffs' expert reports. Further, Plaintiffs are still reviewing Robinhood's substantial document productions and may determine that additional depositions of Robinhood witnesses are necessary.

8. The parties have scheduled an in-person mediation with experienced mediator Robert A. Meyer of JAMS that will take place in Century City, California on October 30, 2023.

9. The current deadline for Plaintiffs' expert reports is August 28, 2023, and the current deadline to complete class certification fact discovery is September 15, 2023. The parties require additional time to schedule the Rule 30(b)(6) deposition of Defendant, to complete review of the substantial number of documents produced in advance of these deadlines, and to complete any additional depositions.

10. The parties therefore stipulate and agree to the following proposed extended schedule, subject to the Court's approval. The proposed modified schedule extends the deadline for Plaintiffs to file their class certification motion by two months and requests a short two-week continuance of the pretrial conference and trial date:

| Event | Current Date | Requested Date |
|---|---|---|
| Plaintiffs' expert report(s) served on defendant | August 28, 2023 | October 27, 2023 |
| Deadline for class certification fact discovery | September 15, 2023 | November 22, 2023 |

REVISED STIPULATED MOTION AND ORDER
EXTENDING DEADLINES - 2
Case No. 2:21-cv-01571-BJR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

| Defendant's expert report(s) served on plaintiffs | October 2, 2023 | December 4, 2023 |
|---|---|---|
| Plaintiffs' rebuttal expert report(s) served on Defendant | November 14, 2023 | January 15, 2024 |
| Deadline for the parties to engage in private mediation | October 31, 2023 | No change |
| Deadline to complete class certification expert discovery | December 1, 2023 | February 2, 2024 |
| Deadline for Plaintiffs to file motion for class certification | January 10, 2024 | March 8, 2024 |
| Deadline for Defendant's class certification response | February 7, 2024 | April 5, 2024 |
| Deadline for Plaintiffs' class certification reply | February 28, 2024 | April 19, 2024 |
| Fact discovery cut off | September 23, 2024 | November 22, 2024 |
| Disclosure of expert testimony under FRCP 26(a)(2) | October 25, 2024 | January 10, 2025 |
| Expert discovery cutoff | November 22, 2024 | January 31, 2025 |
| Dispositive motion deadline (including motions regarding experts) | January 24, 2025 | February 28, 2025 |
| Deadline to file proposed pretrial order (including joint pretrial statement), proposed joint *voir dire*, proposed jury instructions, proposed verdict form, and motions in limine (to be filed in a single, joint brief) | April 2, 2025 | April 30, 2025 |
| Pretrial conference | April 17, 2025 | May 12, 2025 |
| Trial date | May 1, 2025 | May 27, 2025 |

Based on the foregoing, the parties respectfully request that the Court grant their motion and extend the case schedule accordingly.

STIPULATED TO AND DATED this 21st day of August, 2023.

TERRELL MARSHALL LAW GROUP

By: /s/ Jennifer Rust Murray
   Beth E. Terrell, WSBA #26759
   Email: bterrell@terrellmarshall.com
   Jennifer Rust Murray, WSBA #36983
   Email: jmurray@terrellmarshall.com
   936 North 34th Street, Suite 300

DAVIS WRIGHT TREMAINE (SEA)

By: /s/ Lauren Burdette Rainwater
   Kenneth E Payson, WSBA #26369
   Email: kenpayson@dwt.com
   Lauren Burdette Rainwater, WSBA #43625
   Email: laurenrainwater@dwt.com
   Eric Franz, WSBA #52755

REVISED STIPULATED MOTION AND ORDER
EXTENDING DEADLINES - 3
Case No. 2:21-cv-01571-BJR

| | |
|---|---|
| Seattle, Washington 98103 | Email: ericfranz@dwt.com |
| Telephone: (206) 816-6603 | Theo A. Lesczynsk, WSBA #59780 |
| Facsimile: (206) 319-5450 | Email: theolesczynski@dwt.com |
| | 920 Fifth Avenue, Suite 3300 |
| BERGER MONTAGUE PC | Seattle, Washington 98104-1610 |
| | Telephone: (206) 622-3150 |
| Sophia M. Rios, *Admitted Pro Hac Vice* | Facsimile: (206) 757-7700 |

Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

BERGER MONTAGUE PC

Sophia M. Rios, *Admitted Pro Hac Vice*
Email: srios@bm.net
401 B Street, Suite 2000
San Diego, CA 92101
Telephone: (619) 489-0300
Facsimile: (215) 875-4604

E. Michelle Drake, *Admitted Pro Hac Vice*
Email: mdrake@bm.net
1229 Tyler Street NE, Suite 205
Minneapolis, Minnesota 55413
Telephone: (612) 594-5999
Facsimile: (612) 584-4470

Mark DeSanto, *Admitted Pro Hac Vice*
Email: mdesanto@bm.net
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3046
Facsimile: (215) 875-4604

Zachary Vaughan, *Admitted Pro Hac Vice*
Email: zvaughan@bm.net
2001 Pennsylvania Avenue NW, Suite 300
Washington, DC 20006
Telephone: (215) 875-4602

*Attorneys for Plaintiffs*

Email: ericfranz@dwt.com
Theo A. Lesczynsk, WSBA #59780
Email: theolesczynski@dwt.com
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700

*Attorneys for Defendant*

REVISED STIPULATED MOTION AND ORDER
EXTENDING DEADLINES - 4
Case No. 2:21-cv-01571-BJR

Terrell Marshall Law Group PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## II. ORDER

The Court GRANTS the parties' stipulated motion, ECF No. 82. The prior motion, ECF No. 81, is denied as moot.

IT IS SO ORDERED on this 21st day of August, 2023.

*Barbara J. Rothstein*

HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

REVISED STIPULATED MOTION AND ORDER
EXTENDING DEADLINES - 5
Case No. 2:21-cv-01571-BJR

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com