The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COOPER MOORE and ANDREW GILLETTE, on their own behalf and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC,<br><br>Defendant. | No. 2:21-cv-01571-BJR<br><br>JOINT NOTICE OF SETTLEMENT, STIPULATED MOTION TO VACATE THE CASE SCHEDULE AND STAY THE CASE, AND ORDER |

## I.  JOINT NOTICE OF SETTLEMENT AND STIPULATED MOTION

Plaintiffs Cooper Moore and Andrew Gillette, individually and on behalf of others similarly situated, and Defendant Robinhood Financial LLC ("Robinhood") (collectively, the "Parties"), pursuant to the Court's Standing Order for All Civil Cases (Dkt. 44), jointly notify the Court that the Parties have reached an agreement in principle to resolve this action on a class-wide basis as a result of a mediation session held on October 30, 2023 and subsequent negotiations.  The Parties are currently negotiating the terms of a final settlement agreement, which will be filed with the Court along with a motion to approve the terms of the settlement. The Parties anticipate that Plaintiffs will be able to submit a motion for approval of the

JOINT NOTICE OF SETTLEMENT, STIPULATED MOTION, AND ORDER
(2:21-cv-01571-BJR) - 1
4879-7868-6867v.6 0114672-000005

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

1  settlement, proposed settlement agreement, and all other related documents to the Court on or
2  before January 8, 2024.
3      Pursuant to LCR 7(d)(1) and LCR 10(g), and given the Parties' agreement in principle to
4  resolve this action, the Parties respectfully request that the Court vacate the current case schedule
5  and stay proceedings pending the filing of a motion to approve the terms of the settlement.
6      DATED this 1st day of December, 2023.

TERRELL MARSHALL LAW GROUP

By: *s/ Jennifer Rust Murray*

    Beth E. Terrell, WSBA #26759
    Email: bterrell@terrellmarshall.com
    Jennifer Rust Murray, WSBA #36983
    Email: jmurray@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103

BERGER MONTAGUE PC

    Sophia M. Rios, *Admitted Pro Hac Vice*
    Email: srios@bm.net
    401 B Street, Suite 2000
    San Diego, CA 92101
    Telephone: (619) 489-0300
    Facsimile: (215) 875-4604

    E. Michelle Drake, *Admitted Pro Hac Vice*
    Email: mdrake@bm.net
    1229 Tyler Street NE, Suite 205
    Minneapolis, Minnesota 55413
    Telephone: (612) 594-5999
    Facsimile: (612) 584-4470

    Mark DeSanto, *Admitted Pro Hac Vice*
    Email: mdesanto@bm.net
    1818 Market Street, Suite 3600
    Philadelphia, PA 19103
    Telephone: (215) 875-3046
    Facsimile: (215) 875-4604

JOINT NOTICE OF SETTLEMENT, STIPULATED MOTION, AND ORDER
(2:21-cv-01571-BJR) - 2
4879-7868-6867v.6 0114672-000005

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

|   |   |
|---|---|
| 1 | Zachary Vaughan, *Admitted Pro Hac Vice* |
| 2 | Email: zvaughan@bm.net |
| 3 | 2001 Pennsylvania Avenue NW, Suite 300 |
| 4 | Washington, DC 20006<br>Telephone: (215) 875-4602 |

*Attorneys for Plaintiffs*

DAVIS WRIGHT TREMAINE LLP

By: *s/ Lauren B. Rainwater*
    Kenneth E. Payson, WSBA #26369
    Email: kenpayson@dwt.com
    Lauren B. Rainwater, WSBA #43625
    Email: laurenrainwater@dwt.com
    Theo A. Lesczynski, WSBA #59780
    Email: theolesczynski@dwt.com
    Eric A. Franz, WSBA #52755
    Email: ericfranz@dwt.com
    920 Fifth Avenue, Suite 3300
    Seattle, Washington 98104-1610
    Telephone: (206) 622-3150
    Facsimile: (206) 757-7700

*Attorneys for Defendant Robinhood Financial LLC*

JOINT NOTICE OF SETTLEMENT, STIPULATED MOTION, AND ORDER
(2:21-cv-01571-BJR) - 3
4879-7868-6867v.6 0114672-000005

## II. ORDER

The Court GRANTS the parties' stipulated motion, VACATES the case schedule, and STAYS the case pending the filing of a motion to approve the terms of the settlement.

Dated: December 1, 2023.

_____
HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

JOINT NOTICE OF SETTLEMENT, STIPULATED MOTION, AND ORDER
(2:21-cv-01571-BJR) - 4
4879-7868-6867v.6 0114672-000005

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax