THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COOPER MOORE and ANDREW GILLETTE, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:21-cv-01571-BJR<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF IN SUPPORT OF PRELIMINARY APPROVAL** |

THIS MATTER came before the Court on Plaintiffs' Unopposed Motion for Leave to File Overlength Brief in Support of Preliminary Approval. Prior to ruling, the Court considered the following:

Plaintiffs' Unopposed Motion for Leave to File Overlength Brief in Support of Preliminary Approval.

Based on the foregoing, IT IS HEREBY ORDERED THAT Plaintiffs' Unopposed Motion for Leave to File Overlength Brief in Support of Preliminary Approval is GRANTED. Plaintiffs may file a motion for preliminary approval of class action settlement and to conditionally certify a settlement class for settlement purposes only that does not exceed 7,000 words in length.

IT IS SO ORDERED.

DATED this 6th day of February, 2024.

_____
THE HONORABLE BARBARA J. ROTHSTEIN

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE
TO FILE OVERLENGTH BRIEF IN SUPPORT OF
PRELIMINARY APPROVAL - 1
Case No. 2:21-cv-01571-BJR

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

Presented by:

TERRELL MARSHALL LAW GROUP

By: */s/ Jennifer Rust Murray*
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Jennifer Rust Murray, WSBA #36983
Email: jmurray@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603

Sophia M. Rios, *Admitted Pro Hac Vice*
Email: srios@bm.net
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
Telephone: (619) 489-0300

E. Michelle Drake, *Admitted Pro Hac Vice*
Email: emdrake@bm.net
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, Minnesota 55413
Telephone: (612) 594-5999

Mark Desanto, *Admitted Pro Hac Vice*
Email: mdesanto@bm.net
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3046
Facsimile: (215) 875-4604

Zachary M. Vaughan, *Admitted Pro Hac Vice*
Email: zvaughan@bm.net
2001 Pennsylvania Avenue NW, Suite 300
Washington, DC 20006
Telephone: (215) 875-4602

*Attorneys for Plaintiffs*

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE
TO FILE OVERLENGTH BRIEF IN SUPPORT OF
PRELIMINARY APPROVAL - 2
Case No. 2:21-cv-01571-BJR

**TERRELL MARSHALL LAW GROUP PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com