THE HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COOPER MOORE and ANDREW GILLETTE, on their own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBINHOOD FINANCIAL LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:21-cv-01571-BJR<br><br>**DECLARATION OF JENNIFER RUST MURRAY IN SUPPORT OF FINAL APPROVAL** |

I, Jennifer Rust Murray, declare as follows:

1. I am a member of the law firm of Terrell Marshall Law Group PLLC and co-counsel of record for Plaintiffs in this matter. I am admitted to practice before this Court and am a member in good standing of the bar of the state of Washington. I respectfully submit this declaration in support of Plaintiffs' Motion for Final Approval. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. My firm's telephone number was included in the notice sent to the Settlement Class. As of June 12, 2024, we received at least 182 calls from Settlement Class members requesting information about the settlement. We endeavored to answer all of their questions.

3. I sent copies of Plaintiffs' motion for fees, litigation costs, and services awards to the Settlement Administrator, JND Legal Administration, on April 12, 2024, which was the day the motion was filed. That day, I received an email from JND confirming that the fee motion and

DECLARATION OF JENNIFER RUST MURRAY
IN SUPPORT OF PLAINTIFFS' MOTION FOR
FINAL APPROVAL - 1
Case No. 2:21-cv-01571-BJR

TERRELL MARSHALL LAW GROUP PLLC
936 North 34th Street, Suite 300
Seattle, Washington 98103-8869
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

supporting documents had been posted to the "Important Documents" tab on the settlement website.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

EXECUTED at Seattle, Washington and DATED this 12th day of June, 2024.

By: */s/ Jennifer Rust Murray*
Jennifer Rust Murray, WSBA #36983

DECLARATION OF JENNIFER RUST MURRAY
IN SUPPORT OF PLAINTIFFS' MOTION FOR
FINAL APPROVAL - 2
Case No. 2:21-cv-01571-BJR

**Terrell Marshall Law Group PLLC**
936 North 34th Street, Suite 300
Seattle, Washington  98103-8869
TEL. 206.816.6603 ● FAX 206.319.5450
www.terrellmarshall.com